AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| MONIQUE KATZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   20CV9856 |
| EQUINOX HOLDINGS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, MONIQUE KATZ

Date:   11/23/2020

*Attorney's signature*

ALEXANDER M. WHITE - AW9999
*Printed name and bar number*

Valli Kane & Vagnini LLP
600 Old Country Road - Suite 519
Garden City, NY 11530

*Address*

awhite@vkvlawyers.com
*E-mail address*

(516) 203-7180
*Telephone number*

(516) 706-0248
*FAX number*