## CONSENT TO JOIN COLLECTIVE ACTION

At some point during the three (3) years prior to signing this form, I was employed as a Tier 3, Tier 3+, and/or Tier X Trainer for Equinox Holdings, Inc. ("Defendant"). During this time, I worked over forty (40) hours per workweek for Defendant without receiving overtime compensation at one and a half (1½) times my hourly rate for all hours worked in excess of forty (40) per workweek.

By my signature below, I hereby consent and agree to opt-in to become a "party plaintiff" in the lawsuit brought by Monique Katz against Defendant, Case No.: 1:20-CV-09856 (S.D.N.Y. 2020), an action under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, to obtain unpaid wages, unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with Defendant, or any separate or subsequent action or arbitration seeking remedies for unpaid wages from Defendant in that action or its related entities.

I designate the Named Plaintiff's counsel of record and any law firm they associate to represent me in the action and to file this consent with the Court. I further authorize the Named Plaintiff in the case and her attorneys as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and all other matters pertaining to this lawsuit. I further agree to be bound by any collective action settlement approved by my attorneys.

I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

11/24/2020

Date

DocuSigned by:

Monique Katz
—2A368982237A44F...

Signature

Monique Katz

Full Legal Name (Print)