**MEMO ENDORSED**

# Valli Kane & Vagnini
### Employee Rights Attorneys

600 Old Country Road  
Suite 519  
Garden City, NY 11530

Tel: (516) 203-7180  
Fax: (516) 706-0248  
www.vkvlawyers.com

March 4, 2021

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 3/4/2021

**VIA ECF**  
The Honorable Valerie E. Caproni  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007-1312

Re:   *Katz v. Equinox Holdings, Inc.*  
**Case No.: 1:20-CV-09856-VEC**

Dear Judge Caproni:

We represent Plaintiff Monique Katz in the above-captioned matter. We write jointly with Defendant Equinox Holdings, Inc. to respectfully request an extension of time to mediate. On January 25, 2021, the Court issued its Mediation Referral Order (the "Order") requiring that mediation occur within sixty (60) days of the Order or March 26, 2021. *See* Dkt. No. 11. On February 16, 2021, Colleen Faulkner opted-in to this action as a party plaintiff. *See* Dkt. No. 12. Two days (2) later, the Parties jointly requested an extension of time to produce the documents and information set forth in the Order from February 22, 2021, to March 8, 2021, which was graciously granted by the Court. *See* Dkt. Nos. 13-14. As a result of Ms. Faulkner's recent addition to this matter, the Parties respectfully request that they be permitted to mediate on or before April 26, 2021, and to provide a mediator schedule on or before March 17, 2021.

This is the Parties' second request for an extension of time regarding the Order and the Parties' first request for an extension of time to mediate. This request is not made for the purposes of delay and it does not affect any other deadlines.

We thank Your Honor for your time and consideration.

Respectfully submitted,

*/s/ Alexander M. White*  
Alexander M. White

cc:   Noel P. Tripp, Esq. <Via ECF>  
      Heather C. Hili, Esq. <Via ECF>

---

Application GRANTED. The parties are instructed to confer with their assigned mediator, or if one has not yet been assigned, with the district's mediation office for specific scheduling requests.

SO ORDERED.

*[signature]*  
3/4/2021

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE