# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4661
MY EMAIL ADDRESS IS: NOEL.TRIPP@JACKSONLEWIS.COM

March 17, 2021

**VIA ECF**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

        Re:    *Monique Katz v. Equinox Holdings, Inc.*
               Civil Case No.:  20-cv-09856

Dear Judge Caproni:

      We represent the Defendant, Equinox Holdings, Inc., in the above-referenced matter. We write, jointly with counsel for Plaintiff, to respectfully request an extension of the parties' time to provide a mediator schedule.  The current deadline to provide a mediator schedule is March 17, 2021 [ECF Doc. 16] and the parties respectfully request that the time be extended to and including March 24, 2021. The extension is necessary to coordinate the schedule of a newly-hired client contact at Defendant, and to allow her to familiarize herself with this action. This is the parties' second request for an extension of time to set the mediator schedule and it does not affect any other deadlines.

      We thank the Court for its time and consideration to this matter.

                                           Respectfully submitted,

                                           JACKSON LEWIS, P.C.

                                           *Noel P. Tripp*

                                           Noel P. Tripp

NPT:HCH
cc:      All Counsel of Record *(via* ECF)