# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS:  NOEL.TRIPP@JACKSONLEWIS.COM

October 1, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:     *Katz v. Equinox Holdings, Inc.*
        Civil Action No.1:20-CV-09856-VEC

Dear Judge Caproni,

As counsel for Defendant in the above-referenced matter we write, jointly with counsel for Plaintiffs pursuant to the Court's May 18, 2021 Order [ECF Doc. 28] to submit a status report. The parties are preparing for their October 18, 2021 mediation. Defendant produced class data to Plaintiffs' counsel for settlement purposes per the parties' agreement on September 17, 2021. Plaintiffs' counsel has made one follow-up request regarding historical compensation, and Defendant is endeavoring to supplement based on that request.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT:dc
cc:   Counsel of Record (via ECF)

4820-8448-8189, v. 2