# EXHIBIT A

**IN UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MONIQUE KATZ, individually and on behalf of all
others similarly situated,

                          Plaintiff,

              v.                                          Case No.: 1:20-CV-09856 (VEC)

 EQUINOX HOLDINGS, INC.,


                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


## DECLARATION OF MONIQUE KATZ

1.      Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

2.      My name is Monique Katz and I am over the age of 18 and am of sound mind and

capable of making this statement, which I make under the penalty of perjury. The facts stated in

this statement are within my personal knowledge and are true and correct.

3.      I am the Named Plaintiff in the above-captioned matter.

4.      This declaration is submitted only in connection with the conditional certification

motion in the above-captioned matter.

5.      From in or around August 2016, to March 2020, I was employed by Equinox as a

Tier 3 Trainer at its Brookfield Place, 255 Liberty Street, New York, New York 10281 location.

6.      Tier 3, Tier 3+, and Tier X Trainers were the highest Tiers at Equinox. Tier 1 and

2 were the entry-level Tiers that did not perform that many personal training sessions per week.

Rather they did a lot of floor shifts where they cleaned up the weight room and assisted members

who were training without a personal trainer.

7.     Tier 3, Tier 3+, and Tier X Trainers' primary job duties were to perform personal training sessions for Equinox's members. The personal training sessions were either an hour-long or a half-hour-long. They, however, were almost always an hour long.

8.     Equinox paid Tier 3, Tier 3+, and Tier X Trainers in two separate ways. They sometimes paid an hourly rate at New York State's minimum wage for work not related to personal training sessions such as some meetings and floor shifts. Equinox also paid a flat rate for each personal training session performed, which included all the work that went into preparing for it and concluding it.

9.     To prepare for a personal training session, a Tier 3, Tier 3+, or Tier X Trainer, including myself, needed to put in a serious amount of time as Equinox is an expensive luxury gym. Both Equinox and its clients expect the best of the Trainers and that each training session is unique to a client. The standard is very high and this is especially true for Tier 3, Tier 3+, and Tier X Trainers. The standard was so high that Equinox apparently monitored each of our prescribed workout plans to confirm that it was up to its standards.

10.     Examples of the preparation work include researching workouts, planning/writing down workouts (called programming), reviewing the client's workout metrics from previous weeks, communicating with the client regarding the personal training session/nutrition, and gathering weights and equipment.

11.     Tier 3, Tier 3+, or Tier X Trainer, including myself, also needed to conclude your personal training session by communicating with the client, recording the client's workout gains/losses, and returning the weights and workout equipment. The preparation and conclusion work easily was more than forty minutes per personal training session and could last for more than an hour.

12. If a client got injured or was not feeling well they could request a modification to their workout. If a request was made the preparation work took even longer because a new workout plan had to be crafted.

13. I also occasionally performed work not related to personal sessions, such as a floor shift, in conjunction with performing personal training sessions. I was supposed to be paid New York State's minimum wage for this work.

14. There were weeks when I performed solely personal training sessions and I worked over forty (40) hours because of the time it took to prepare for/conclude the session, including within the three (3) years prior to me filing my consent to join. For those weeks, I was solely paid the flat personal training session rate without an overtime premium, including within the three (3) years prior to me filing my consent to join.

15. There were weeks when I performed both personal training sessions and non-personal training session work and worked over forty (40) hours. I was only paid the flat personal training session rate and sometimes my straight hourly rate without any overtime pay despite working more than forty (40) hours.

16. I and the other Tier 3, Tier 3+, and Tier X Trainers worked overtime but did not get any overtime pay because of Equinox's corporate flat-rate pay policy.

17. I had individual conversations with Jennifer Taveras, a Tier 3+ Trainer, Nick Olson, a Tier 3+ Trainer, Chris Cochran, a Tier 3+ Trainer, and Joel Painson, a Tier 3 Trainer, about how we were paid on per personal training session basis, how we were working over 40 hours a week, and that we were not getting paid the proper wages. These conversations occurred at the Brookfield Place Equinox and occurred frequently beginning in 2016. Thus, I have knowledge that Jennifer

Taveras, Nick Olson, Chris Cochran, and Joel Painson were subject to the same pay policy as me and did not get paid overtime for hours worked over forty (40) per week.

18.     I worked over forty (40) hours per week for Equinox within the three years prior to me joining this lawsuit without overtime pay pursuant to Equinox's pay policy for Tier 3, Tier 3+, and Tier X Trainers.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated:_____ 10/26/2021

_____
Monique Katz

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MONIQUE KATZ, individually and on behalf of all
others similarly situated,

                              Plaintiff,

           v.

  EQUINOX HOLDINGS, INC.,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No.: 1:20-CV-09856 (VEC)

## DECLARATION OF CLAUDIA RAMIREZ

1.      Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

2.      My name is Claudia Ramirez and I am over the age of 18 and am of sound mind
and capable of making this statement, which I make under the penalty of perjury. The facts stated
in this statement are within my personal knowledge and are true and correct.

3.      I only submit this declaration in support of Plaintiff Monique Katz's motion for
conditional certification in the above-captioned matter.

4.      I am an Opt-In Plaintiff in the above-captioned matter.

5.      In 2011, I transferred from California to Equinox's Columbus Circle, 10 Columbus
Circle, New York, New York 10019 location.

6.      I transferred to New York as a Tier X Trainer and have remained employed as a
Tier X Trainer ever since.

7.      I recently transferred to Equinox's location in Austin, Texas.

8.      I worked in New York at Equinox's Columbus Circle location until June 2020.

9.      During my employment in New York and in Texas for Equinox as a Tier X Trainer,
I was paid a flat rate for working personal training sessions. This flat rate did not include overtime

1

pay for hours worked over 40 per week. I was also sometimes paid a straight-time hourly rate for work not related to personal training sessions.

10.     Personal training sessions lasted an hour unless they were half sessions, which lasted a half-hour. Most, if not all, personal training were hour sessions.

11.     There was a significant amount of time that went into preparing and concluding each personal training session. To prepare for each personal training session a Tier 3, Tier 3+, or Tier X Trainer had to come up with the workouts, research the workouts, enter data into a spreadsheet, communicate with the client, and gather equipment. Preparing for a single personal training session could last anywhere between twenty minutes to an hour and a half. To conclude the personal training session you needed to communicate with the client, input the client's data related to the workout, and return the equipment. The conclusion of the session could last anywhere between ten and fifteen minutes.

12.     If a client was injured or not feeling well, we were required to change the workout plan to accommodate the client which added additional time preparing for the personal training session.

13.     As a result of the time required to prepare and conclude a session and the time it took the complete the session itself, I often worked over 40 hours per workweek. When I performed job duties not related to personal training sessions, that time worked in conjunction with the personal training session time either brought my weekly hours worked above or further above 40 per week. I, however, did not receive overtime pay as my compensation was entirely or almost entirely comprised of the flat-rate pay for personal training sessions.

14.     I also had to communicate with clients after or before personal training with regards to fitness and nutrition. This time worked was in addition to my time preparing for and concluding personal training sessions.

15.     Since I was paid a flat rate for my personal training sessions, I was never paid one and a half times my effective hourly rate for all hours worked over 40 per week. I often worked over 40 hours per week without proper overtime pay during the three-year period prior to me joining this lawsuit. I was not allowed to record the exact amount of time I spent working in connection with the actual personal training session.

16.     I could sometimes work in excess of 60 hours per week without any overtime pay.

17.     Paragraphs 10-16 above pertain to my employment for Equinox in both New York and Texas.

18.     Equinox's personal training session flat rate policy is a corporate-wide policy except for in California. For example, the pay policy is the same in Texas as it is in New York. I know this because I currently work for Equinox in Texas and am paid in the same manner as I was in New York.

19.     I also know of other Tier 3 and above Trainers who were paid in the same manner as I was, worked over 40 hours per week, and were not paid overtime.

20.     For example, Jessica Reilly, a Tier 3 Trainer at Columbus, and Gordon Cogan, a Tier X Trainer at Columbus Circle, were paid a flat rate for personal training sessions without overtime pay. I know this because we had frequent conversations at the Columbus Circle gym about the number of hours that we were working without any overtime.

21.     I also had multiple conversations with Junil Rodriguez who worked as a Tier 3 Trainer at Equinox's Columbus Circle location about the fact that we were not getting paid

overtime despite the number of hours we were working per week and the amount of time it took to prepare for personal training sessions. I had these conversations with her at the Columbus Circle location.

22.     Tier 3, Tier 3+, and Tier X Trainers were different from Tier 1 and Tier 2 Trainers because the two lower Tiers did not have that many personal training sessions per week as they were just starting out. Most or all of their compensation was comprised of floor shifts (working on the gym floor), which they were paid on an hourly basis for. The time that went into preparing for and concluding personal training sessions for Tier 1 and Tier 2 took less time than Tier 3 and above Trainers because the clients were not as fitness sophisticated and the Trainers knowledge was less than a Tier 3, Tier 3+, or Tier X Trainer. I know this information because I was a Tier 1 and 2 Trainer for Equinox in California.

23.     I worked over forty hours per week for Equinox in New York within the three years prior to me joining this lawsuit without overtime pay pursuant to Equinox's pay policy for Tier 3, Tier 3+, and Tier X Trainers.

I declare under penalty of perjury, that the foregoing is true and correct.


Dated: _____
              10/23/2021

_____
DocuSigned by:
Claudia Ramirez
1922C2B6F0DD45A...
Claudia Ramirez

# EXHIBIT C

**IN UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MONIQUE KATZ, individually and on behalf of all
others similarly situated,

Plaintiff,

v.                                      Case No.: 1:20-CV-09856 (VEC)

EQUINOX HOLDINGS, INC.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>**DECLARATION OF JENNIFER CARLSON**</u>

1.      Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

2.      My name is Jennifer Carlson and I am over the age of 18 and am of sound mind and capable of making this statement, which I make under the penalty of perjury. The facts stated in this statement are within my personal knowledge and are true and correct.

3.      I am an Opt-In Plaintiff in the above-captioned matter.

4.      This declaration is submitted only in connection with the conditional certification motion in the above-captioned matter.

5.      I worked for Equinox in New York as a Tier X Trainer at its Tribeca, 54 Murray Street, New York, New York 10007 location. I worked for Equinox at the Tribeca location from 2015 to April 2021.

6.      Tier X was the highest personal trainer position that Equinox had. The other Tiers were Tier 1, Tier 2, Tier 3, and Tier 3+. The entry-level Tiers were Tier 1 and 2 and their primary job duties were to work the gym floor by cleaning up weights and answering questions for Equinox's members.

1

7.      Tier 3, Tier 3+, and Tier X were the higher-level tiers and their primary job duty was conducting personal training sessions for Equinox's members. Equinox had a corporate pay policy that applied to all its gyms in New York.

8.      Tier 3, Tier 3+, and Tier X Trainers were paid a flat rate for each personal training session they performed and all the work that went into it. Personal training sessions were an hour long. Sometimes you could do a half session that was only a half-hour long, but it was almost always full hour-long sessions.

9.      To prepare for a personal training session, I was required to communicate with the client, plan his/her workout, research his/her workout, evaluate the client's metrics, and create a workout plan. I was also required to gather the equipment for the workout. This prep work could take twenty minutes to more than forty-five minutes. Following the personal training session, I had to communicate with the client, record the client's workout gains/losses, and return the workout equipment. This conclusion work could take anywhere between ten and fifteen minutes.

10.     If a client needed to change his/her workout for health reasons, the preparation work took even more time as I had to change the workout plan. I had to communicate with clients about their nutrition regularly.

11.     Although a significant amount of time went into preparing and concluding the personal training session and the session itself, I was only paid my flat rate of pay. As a result of the personal training sessions and the time it took to prepare and conclude them, I often worked in excess of forty hours per workweek. I was not paid overtime though for the hours I worked over forty per workweek because I was only paid my flat per session rate.

12.     I was also sometimes paid a straight hourly rate (at New York State's minimum wage) for work not related to personal training sessions like meetings. This work brought my total

weekly hours worked above or further above forty. When I worked over forty hours per week doing both non-personal training session job duties and personal training session job duties, I still was not paid any overtime. I only got all or some of my straight hourly rate and my flat per session rate, which was in addition to my prep/post personal training session work.

13.    I was not allowed by Equinox to record my actual amount of hours worked preparing and concluding personal training sessions.

14.    Around the middle of 2019, I had a conversation with Lauren Saint-Louis, a Tier 3+ Trainer at the time, about us not getting paid any overtime despite working overtime hours. Lauren Saint-Louis worked at Equinox's Bryant Park, 129 W 41st Street, New York, New York 10036, and was paid in the same manner as I was. I know this because we talked about it and because Equinox pays all its Tier 3, Tier 3+, and Tier X Trainers a flat rate for personal training sessions.

15.    I worked over forty hours per week for Equinox within the three years prior to me joining this lawsuit without overtime pay pursuant to Equinox's pay policy for Tier 3, Tier 3+, and Tier X Trainers.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated:_____10/26/2021_____

_____

Jennifer Carlson

# EXHIBIT D

DocuSign Envelope ID: B726D93E-C76D-4B6C-8541-FBD3C66D25AE

**IN UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MONIQUE KATZ, individually and on behalf of all
others similarly situated,

                           Plaintiff,

         v.

 EQUINOX HOLDINGS, INC.,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No.: 1:20-CV-09856 (VEC)

## DECLARATION OF QUINN TEW

1.      Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

2.      My name is Quinn Tew and I am over the age of 18 and am of sound mind and capable of making this statement, which I make under the penalty of perjury. The facts stated in this statement are within my personal knowledge and are true and correct.

3.      I am an Opt-In Plaintiff in the above-captioned matter.

4.      This declaration is submitted only in connection with the conditional certification motion in the above-captioned matter.

5.      In 2011, I began my employment for Equinox in California. In December 2017, I transferred to New York until August 2020. I worked for Equinox in New York as a Tier X Trainer at its Tribeca, 54 Murray Street, New York, New York 10007 location.

6.      Tier 3, Tier 3+, and Tier X were considered the high Tiers with Tier X being the highest. Tier 1 and Tier 2 were entry-level Tiers that primarily performed floor shifts or working on the gym floor cleaning up weights and answering questions for Equinox's members.

7.      I primarily performed personal training sessions for Equinox's members as a Tier X Trainer in New York. I was paid a flat rate for each personal training session I performed and

1

for all the work that went into preparing for the session and concluding it. I was sometimes also paid a straight hourly rate for any work that was not related to personal training sessions.

8.      Personal training sessions were 1 hour long. I occasionally did a half session that was only a half-hour long.

9.      A lot of work went into preparing for and concluding each personal training session. To prepare for a session you needed to communicate with the client, come up with and research what workouts they should do for the session, evaluate the client's weekly physical gains and losses, write down the client's workout and metrics, and gather all the equipment for the workout. You then performed the hour-long personal training session. After the session, you had to communicate with the client, return the equipment to its proper location, and log the information related to the workout. The total combined prep and post work could last well over an hour and took no less than thirty minutes.

10.     I also had to communicate with clients about their nutrition and alter workouts based on the client's request causing me to incur more time worked. The time worked associated with each personal training session and the actual personal training session often totaled more than forty (40) hours per week, including weeks within three (3) years of me joining this lawsuit. I was not, however, paid overtime for the hours worked in excess of forty (40), including weeks within three (3) years of me joining this lawsuit. I was simply paid my flat personal training session rate, which did not include overtime, and my straight time rate for some of the non-personal training session-related work (if any).

11.     I was not allowed to record my time spent performing pre and post personal training session work. Instead, Equinox always entered 4 hours per week of performing this work despite me working much more than that.

12.     I complained to my managers about them not paying me properly for all my hours worked and they simply brushed me aside and told me that it was Equinox's policy.

13.     I worked over forty hours per week for Equinox within the three years prior to me joining this lawsuit without overtime pay pursuant to Equinox's pay policy for Tier 3, Tier 3+, and Tier X Trainers.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated: _____10/24/2021_____

_____
Quinn Tew

# EXHIBIT E

DocuSign Envelope ID: E6C5ED22-3D95-49E6-AE8B-30993D89C617

**IN UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MONIQUE KATZ, individually and on behalf of all
others similarly situated,

                                    Plaintiff,

                    v.                                                          Case No.: 1:20-CV-09856 (VEC)

   EQUINOX HOLDINGS, INC.,

                                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### <u>DECLARATION OF COLLEEN FAULKNER</u>

1.      Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

2.      My name is Colleen Faulkner and I am over the age of 18 and am of sound mind

and capable of making this statement, which I make under the penalty of perjury. The facts stated

in this statement are within my personal knowledge and are true and correct.

3.      I am an Opt-In Plaintiff in the above-captioned matter.

4.      This declaration is submitted only in connection with the conditional certification

motion in the above-captioned matter.

5.      In 2010, I began my employment for Equinox Holdings, Inc. ("Equinox") at its

Printing House, 421 Hudson St. New York, NY 10014 location.

6.      From the period of time of February 14, 2018, to January 4, 2020 (the statute of

limitations for my federal overtime claim), I was employed by Equinox as a Tier 3+ Trainer. I was

a Tier 3 Trainer before I was a Tier 3+ Trainer.

7.      As a Tier 3 and Tier 3+ Trainer, my primary job duty was performing personal

training sessions for Equinox's members.

1

8.      As a Tier 3 and Tier 3+ Trainer Equinox, paid me a flat rate of pay for each personal training session that I performed. This rate of pay was to encompass all my time performing the personal training session, preparing for it, and concluding it. The flat rate did not include an overtime premium.

9.      Based on my tenure and experience with Equinox and speaking with other Trainers at the Printing House location, Equinox pays all its Tier 3, Tier 3+, and Tier X Trainers in this manner.

10.      Personal training sessions were one (1) hour long and sometimes there were half-sessions that were a half (½) hour long. One-hour personal training sessions were the norm.

11.      In addition to this flat rate of pay that I received for performing personal training sessions, I was also sometimes paid on a straight-time hourly basis for work not related to personal training sessions such as working the gym floor and attending meetings. My hourly rate for non-personal training session work was New York State's minimum wage.

12.      To prepare for a personal training session I had to, among other things, check my client's past workout results, research workouts, come up with a workout plan, write the workout plan, communicate regularly with the client, and prepare the workout area by gathering weights and equipment/setting them up. Preparing for a single personal training session could last anywhere between twenty (20) minutes to an hour. It could not take less than twenty (20) minutes.

13.      If a client requested a change in his/her workout this process would take even longer as I had to modify the workout. Clients did request changes in their workout.

14.      To conclude a personal training session, I had to return the equipment, communicate with the client following the session, and input the client's data so I could keep track

DocuSign Envelope ID: ECC5ED22-3D05-49F6-AE8B-309B3D89C617

of his/her progression. The conclusion of a personal training session could last anywhere between ten (10) and fifteen (15) minutes.

15.     We were not permitted by Equinox to record the actual amount of time spent preparing and concluding personal training sessions.

16.     As a result of the pre and post personal training session work I performed in conjunction with my weekly personal training sessions, I often worked in excess of forty (40) hours per week, including between February 14, 2018, and January 4, 2020. Sometimes I could work over (50) hours in a single workweek. I, however, was not paid any overtime for the time I worked in excess of forty (40) hours per week, including between February 14, 2018, and January 4, 2020. I was only paid my flat rate for my personal training session rate. I was also sometimes paid my hourly straight-time rate for my ancillary job duties that were not related to personal training sessions. There was no overtime pay at Equinox for Tier 3, Tier 3+, and Tier X Trainers.

17.     I worked over forty (40) hours per week for Equinox within the three years prior to me joining this lawsuit without overtime pay pursuant to Equinox's pay policy for Tier 3, Tier 3+, and Tier X Trainers.

I declare under penalty of perjury, that the foregoing is true and correct.


Dated:_____     10/22/2021

_____
Colleen Faulkner

# EXHIBIT F

DocuSign Envelope ID: AB7135C5-0A15-4B47-B5B6-2E A06C9A93EE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
**MONIQUE KATZ, on behalf of herself and**     **CASE NO. 20 CV 9856 (VEC)**
**others similarly situated,**

           **Plaintiff,**

    **v.**

**EQUINOX HOLDINGS, INC,,**

           **Defendant.**
--------------------------------------------------------x


### DECLARATION OF HARRISON LESSANS

I, Harrison Lessans, under penalty of perjury, affirm as follows:

1. I am an Opt-In Plaintiff in the above-captioned case.

2. Equinox Holdings, Inc. operates the Equinox chain of gyms.

3. Equinox employs personal trainers, which it categorizes in different Tiers based on a trainer's knowledge base and certifications.  Equinox's Tiers are Tiers 1, 2, 3, 3+, and X.

4. Beginning in or around September 2015, I worked for Equinox as a Tier 3 trainer.  In or around March 2016, I became a Tier 3+ trainer.  I held that position for the remainder of my employment with Equinox, which ended in or around September 2020.

5. When I started working for Equinox, I worked at its Flatiron location in Manhattan.  I stayed at that location until approximately February 2019, when I moved to Equinox's Gramercy location in Manhattan.  I remained at the Gramercy location for the rest of my employment with Equinox.

6. The compensation practices described in this declaration were the same at both Equinox locations where I worked.

1

7. Equinox paid me a flat rate ("PT rate") that did not include overtime pay for each 30 minute or hour-long personal training session I provided to a paying member. As a Tier 3 and Tier 3+ trainer, I primarily provided hour-long training sessions. The hour-long sessions in fact lasted a full hour.

8. Equinox did not pay me any additional compensation for the time I spent preparing or doing closing work for personal training sessions. Equinox referred to this work as "session related activity." According to Equinox, the time I spent performing session related activity was supposed to be covered by my PT rate.

9. The session related activity I performed included creating programs for clients; adjusting the programs based on a client's needs, progress, and circumstances; entering information about clients' programs and progress into Equinox's Google docs spreadsheet or app; physically setting up for and cleaning up after each personal training session; and communicating with clients between sessions. This was all work that I performed outside of the training sessions I provided.

10. I spent many hours every week on session related activity. I typically provided between 31 and 35 hour-long personal training sessions per week. There were times when I provided more than 40 hour-long personal training sessions per week. As a result, between personal training sessions and session related activity, I usually worked more than 40 hours a week.

11. However, Equinox did not pay me one and a half times my regular pay rate for the overtime hours, *i.e.*, hours over 40 in a week, that I routinely worked because I was paid a flat rate for each personal training session, with no additional compensation for session related activity.

2

12. Personal trainers at both Equinox gyms where I worked regularly complained to each other about the fact that although we spent a lot of time outside of our training sessions performing session-related activities, Equinox did not pay us for session-related activities.

13. When I worked at the Gramercy location, I complained to my managers about not being paid for the time I spent on session related activities.  In response, regional manager Brett Knopf told me that this was Equinox's corporate policy.

14. Moreover, sometimes Equinox did not pay me at all for personal training sessions that I provided.  This typically happened when a scheduled personal training session was not cancelled, but the client's credit card on file was expired or otherwise not working, and therefore the client did not pay for the session.

15. I never knew in advance when a client had not paid for a scheduled personal training session.  As long as a scheduled personal training session was not cancelled in my Equinox calendar, I had to perform it.

16. In or around the summer of 2017, I complained to Herbie Schmale, who was my regional manager, about not being paid for these personal training sessions.

17. Mr. Schmale was completely dismissive of my complaint, telling me, "We still pay you 99% of the time."

18. Because I worked so many hours, many of these unpaid personal training sessions were overtime hours.

19. Equinox was supposed to pay me $15 per hour for work that I performed that was not personal training sessions or session related activity.

20. This work included meetings, floor shifts (where personal trainers work on the gym floor interacting with members, racking weights, passing out towels, and the like), providing

complimentary personal training sessions to new and renewing members, and conducting an assessment (called Equifit) of new personal training clients.

21. Although Equinox paid me for some of this non-session related activity, it did not pay me for all of it.  For example, Equinox did not pay me for complimentary personal training sessions for prospective members unless the prospective member actually joined the gym.

22. When I was paid for non-session related activity in weeks when I worked over 40 hours, I was still not paid one and a half times my hourly rate for each hour that I worked over 40. I only received my hourly rate and my per session flat rate.

23. Because I worked so many hours providing personal training sessions and performing session related activities, much of this unpaid time was overtime, *i.e.*, hours over 40 in a week.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
          10/22/2021

Harrison Lessans

# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**MONIQUE KATZ, on behalf of herself and**    **CASE NO. 20 CV 9856 (VEC)**
**others similarly situated,**

            **Plaintiff,**

    **v.**

**EQUINOX HOLDINGS, INC.,**

            **Defendant.**
------------------------------------------------------------x

### DECLARATION OF ERIC SHIPPER

    I, Eric Shipper, under penalty of perjury, affirm as follows:

1.  I am an Opt-In Plaintiff in the above-captioned case.

2.  Equinox Holdings, Inc. operates the Equinox chain of gyms.

3.  Equinox employs personal trainers, which it categorizes in different Tiers based on a trainer's knowledge base and certifications. Equinox's Tiers are Tiers 1, 2, 3, 3+, and X.

4.  I was a Tier 3 Equinox trainer starting in 2017. In or around January 2018 I was promoted to Tier 3+. Throughout my employment with Equinox, I worked at its Gramercy location in Manhattan, which is on Park Avenue South. My employment with Equinox ended in or around February 2021.

5.  Attached hereto as Exhibit 1 is a true and correct copy of the Equinox compensation policy that applied to me and the other Tier 3 and above trainers.

6.  As described in the compensation policy, Equinox paid me a flat rate ("PT rate") for each 30 minute or hour-long personal training session I provided to a paying member. As a Tier

3 and Tier 3+ trainer, I exclusively provided hour-long training sessions.  The hour-long sessions in fact lasted a full hour.

7.  Equinox did not pay me any additional compensation for the time I spent preparing or doing closing work for personal training sessions.  Under Equinox's compensation policy, this work, which it called "session related activity," was covered by my PT rate.

8.  The session related activity I performed included creating programs for clients; adjusting the programs based on a client's needs, progress, and circumstances; entering information about clients' programs and progress into Equinox's Google docs spreadsheet; physically setting up for and cleaning up after each personal training session; and communicating with clients between sessions.  This was all work that I performed outside of the hour-long training sessions I provided.

9.  I spent many hours every week on session related activity.  I was a high-performing trainer at Equinox, and I often provided 35 to 40 personal training sessions per week.  As a result, between personal training sessions and session related activity, I usually worked more than 40 hours a week.

10. However, Equinox did not pay me one and a half times my regular pay rate for the overtime hours, *i.e.*, hours over 40 in a week, that I routinely worked because I was solely paid a flat rate for each personal training session.

11. Personal trainers at the gym where I worked regularly complained to each other about the fact that although we spent a lot of time outside of our training sessions performing session-related activities, Equinox did not pay us for session-related activities.

12. I worked with other Tier 3+ and X trainers at the Gramercy Equinox who, like me, had a high volume of personal training sessions and whose session related activities would

2

therefore have included overtime hours.  These trainers include Harrison Lessans, Terrel, and Alessandra.

13. I know Terrel and Alessandra were paid in the same manner as me and were deprived of overtime pay for the hours they worked over 40 per week because throughout my employment we had conversations about it in the Gramercy Equinox.

14. In 2019, I complained to my managers about Equinox's failure to pay me and the other trainers for our session related activity.

15. In response, Brett Knopf, my regional personal training manager, told me that for years it had been Equinox's corporate policy not to pay trainers additional compensation on top of their personal training session rate for session related activity.

16. Under Equinox's compensation policy, Equinox was supposed to pay me $15 per hour for work that I performed that was not personal training sessions or session related activity.

17. This work included meetings, floor shifts (where personal trainers work on the gym floor interacting with members, racking weights, passing out towels, and the like), providing complimentary personal training sessions to new and renewing members, and conducting an assessment (called Equifit) of new personal training clients.

18. Although Equinox paid me for some of this non-session related activity, it did not pay me for all of it.  For example, Equinox did not pay me for monthly one-on-one meetings with my manager or for complimentary personal training sessions for prospective members.

19. When I was paid for non-session related activity in weeks when I worked over 40 hours, I was still not paid one and a half times my hourly rate for each hour that I worked over 40. I only received my hourly rate and my per session flat rate.

20. Because I worked so many hours providing personal training sessions and performing session related activities, much of this unpaid time was overtime, *i.e.*, hours over 40 in a week.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        10/26/2021

DocuSigned by:

*Eric Shipper*

2F00B3B774C0476...

Eric Shipper

4

DocuSign Envelope ID: 57506EC0-026E-400C-A9CA-BDAE3638EA55

# Exhibit 1

# EQUINOX

**PERSONAL TRAINER**
**COMPENSATION SUMMARY EFFECTIVE JUNE 1, 2018**
**NON-CALIFORNIA MARKET - TIERS I, II, III, III+ TX COACH**

This Compensation Plan (the "Plan") explains how **Personal Trainers (PTs)** are compensated at Equinox Holdings, Inc. ("Equinox" or "Company"). Please read and make sure that you understand this document. If anything is unclear to you, be sure to consult your Manager or People Services Representative.

## ANNUAL INCOME OPPORTUNITY

Your income potential is dependent on several factors, including Tier status and productivity. The following illustrates an estimate of your annual earning potential based on the number of sessions performed per month as well as your training tier (1, 2, 3, 3+ or TX).

| INCOME POTENTIAL * | | | | |
|---|---|---|---|---|
| | T1 | T2 | T3 | T3+ | TX |
| 95 sessions per month | $38,475 | $52,725 | $64,695 | $73,815 | $89,205 |
| 110 sessions per month | $45,870 | $62,370 | $76,230 | $86,790 | $104,610 |
| 125 sessions per month | $55,125 | $73,875 | $89,625 | $101,625 | $121,875 |
| 145 sessions per month | $66,120 | $87,870 | $106,140 | $120,060 | $143,550 |
| 160 sessions per month | $74,880 | $98,880 | $119,040 | $134,400 | $160,320 |

*\* Yearly run rate incomes are dependent on a full year's consistency at a particular session performance level and are inclusive of all bonus opportunities in accordance with these levels. Actual performance and income results may vary.*

## YOUR PT COMPENSATION AT EQUINOX CONSISTS OF THE FOLLOWING:

### SESSION RELATED RATE

As a PT, you are paid a fixed rate for the session related activities for each Personal Training session you teach (your "session-related rate"). Session related activities consist of:

1. Scheduling the session
2. Creating and updating your calendar
3. Creating and updating of client programs
4. Setting up for the session
5. Performing the session
6. Straightening up/returning equipment following the session
7. Interacting with members (before and after the session) regarding the session
8. Reporting your session related time and information in the Company's timekeeping system (UltiPro)

You need to accurately report all the time you spend on session related activities in our time reporting system. Generally, T1 – T3 Trainers should spend no more than two (2) hours per pay period on session related activities and T3+ / TX should spend no more than four (4) hours per pay period. If you feel you need to spend more than the time outlined here, please address this with your PTM. The session-related rate should always pay you more than the applicable minimum wage for all time you spend on session related activities. If it does not, your pay will be adjusted so you will be paid at least the applicable minimum wage for all time worked.

Rev May 2018                                                                                          1

# EQUINOX

**HOURLY RATE**

You also are paid a set hourly wage for all time that you work on activities other than the session related activities for the sessions you perform ("non-session related activities"). All the time you work on non-session related activities must be recorded in the Company's time keeping system. This rate will be paid in accordance with the minimum wage for your location.

Non-session related time must be required or permitted by your manager. The following are some examples of non-session related activities:
- Scheduled floor shifts
- Attending required meetings and trainings
- Attending required CPR certificate classes

**PT SESSION RATES [1, 2, 3]**

| FULL SESSION PAYOUT SCHEDULE (Bonus unit = 1) | | | | |
|---|---|---|---|---|
| | T1 | T2 | T3 | T3+ | TX |
| Less Than 42 Sessions PP | $26.00 | $31.50 | $36.50 | $45.50 | $64.00 |
| 42 or More Sessions PP | $31.00 | $43.50 | $54.00 | $62.00 | $75.50 |

| HALF SESSION PAYOUT SCHEDULE (Bonus unit = .5) | | | | |
|---|---|---|---|---|
| | T1 | T2 | T3 | T3+ | TX |
| Less Than 42 Sessions PP | $13.00 | $15.75 | $18.25 | $22.75 | $32.00 |
| 42 or More Sessions PP | $15.50 | $21.75 | $27.00 | $31.00 | $37.75 |

| OTHER SESSION RATES | | |
|---|---|---|
| Session Type | Rate | Bonus Per Client |
| Semi Private | $19.00 | 0.3 |
| Duet | $26.75 | 0.5 |

**MONTHLY PRODUCTIVITY BONUS [3, 4]**

A monthly bonus will be paid upon the completion of paid sessions according to the following schedule:

| MONTHLY BONUS LEVELS & SCHEDULE | | | | |
|---|---|---|---|---|
| | T1 | T2 | T3 | T3+ | TX |
| 95-109 ($2.75 per session) | $33.75 | $46.25 | $56.75 | $64.75 | $78.25 |
| 110-124 ($3.75 per session) | $34.75 | $47.25 | $57.75 | $65.75 | $79.25 |
| 125-144 ($5.75 per session) | $36.75 | $49.25 | $59.75 | $67.75 | $81.25 |
| 145-159 ($7.00 per session) | $38.00 | $50.50 | $61.00 | $69.00 | $82.50 |
| 160+   ($8.00 per session) | $39.00 | $51.50 | $62.00 | $70.00 | $83.50 |

EQUINOX

## ANNUAL PRODUCTIVITY BONUS [3, 5]

Annual Productivity bonuses are awarded upon completion of certain paid session milestones attained within each calendar year as follows:

| | | ANNUAL PRODUCTIVITY BONUS REQUIREMENTS | | |
|---|---|---|---|---|
| Bonus Level | Total Sessions Completed | Timeframe for Completion | Bonus | Notes |
| 1 | 546 | Jan 1 – June 30 | Receive One (1) Additional Week of Pay | |
| 2 | 1,092 | Jan 1 – Dec 31 | Receive Two (2) Additional Weeks of Pay | *PTs who receive the level 1 bonus by completing 546 paid sessions by June 30th will receive ONE (1) additional week of pay upon the attainment of 1,092 paid sessions prior to Dec 31* |
| 3 | 1,456 | Jan 1 – Dec31 | Receive Three (3) Additional Weeks of Pay | |

## SENIOR TRAINER ANNUAL BONUS OPPORTUNITY (effective Jan 1, 2018) [3, 6]

The Senior Trainer Annual Bonus Opportunity rewards long tenure and high performance at Equinox. Personal Trainers that meet the following criteria in any given year are eligible:

1. Personal Trainers at Tier 3+ or Tier X
2. Minimum of 1,092 sessions in the calendar year
3. Minimum of 4 years of services with Equinox as Personal Trainer
4. Have at least 4 calendar years of 1,092 paid sessions within tenure at any Tier and have achieved the current annual bonus incentives for those years (They do not have to be in consecutive years to be eligible)

Bonus amounts are based on years of service. The bonus amounts increase as tenure with Equinox increases as follows:

| SENIOR TRAINER ANNUAL BONUS AMOUNTS | |
|---|---|
| Years of 1,092 or More Sessions | Annual Bonus |
| 5 Years | $5,000 |
| 6 Years | $6,000 |
| 7 Years | $7,000 |
| 8 Years | $8,000 |
| 9 Years | $9,000 |
| 10+ Years | $10,000 |

Rev May 2018

3

DocuSign Envelope ID: 57506EC0-0265-400C-A9CA-BDAF3638EA55

EQUINOX

## RAMPER BONUS [7]

This bonus is available for any Personal Trainer during their first 120 days as a Personal Trainer. Bonuses will be paid on the pay date of the pay period in which the trainers anniversary date falls. If the 60 or 90 day bonus is missed, it can still be earned at the end of 120 days, if the 120 day qualifier is met.

| ELIGIBILITY | QUALIFIER | BONUS AMOUNT |
|---|---|---|
| 60 days from hire | 4 Active Clients working off a 6pk purchase or higher | $600 |
| 90 days from hire | 8 Active Clients working off a 6pk purchase or higher | $500 |
| 120 days from hire | 12 Active Clients working off a 6pk purchase or higher | $400 |

Note: Personal Trainers hired at new clubs are not eligible until the club is 6 months past opening date.

## FIRST TIME BUYER (FTB) BONUS [7, 8]

This bonus is available for any Personal Trainer who has been employed longer than 120 days. A one-time bonus will be paid for the initial purchase of training by a first-time buyer. The first-time sale bonus amounts are as follows:

| Package | Bonus Amount |
|---|---|
| 12 - pack | $30.00 |
| 24 - pack | $60.00 |
| 48 - pack | $90.00 |

Note: Personal Trainers are not eligible for this bonus in the first 6 months following a new club opening.

## CLIENT RETENTION BONUS [7]

A $500 bonus will be paid for every 200 paid sessions that a trainer performs with the same client. Payment will be made on the 1st pay period following the end of the calendar quarter in which the 200th session was performed.

## EQUIFIT AND COMPLIMENTARY PT SESSION RATE

A rate of $15.00 (or prevailing minimum wage, whichever is higher) will be paid for each Equifit and Complimentary PT Session given with membership and renewals.

## MEMBER REFERRAL BONUS [7]

Trainers will receive $50 for every member referral that results in the sale of a paid membership. A referral bonus will be paid once the referred member completes one year of membership.

## PERSONAL TRAINER EMPLOYEE REFERRAL BONUS [7]

Any employee that refers a Personal Trainer that is hired and maintains employment for six (6) months will be entitled to a referral bonus as outlined in the Company's Employee Referral Policy. The referred employee must be actively employed on the date of the scheduled payout in order to be eligible for the bonus payment.

DocuSign Envelope ID: 57506EC0-0265-400C-A9GA-BDAF3638EA55

# EQUINOX

## BENEFITS

Details on benefits eligibility are provided separately. They are important – but are not addressed in detail here.

## ADDITIONAL GENERAL NOTES

1. This compensation plan replaces all previously distributed plans.

2. The Company unconditionally reserves the right to change the terms and conditions of this PT compensation plan and any components thereof at any time.

3. Equinox will not pay out performance bonuses to employees who are not employed by, or not in good standing with, Equinox on the date of the scheduled bonus payout.

4. Any retro issued sessions will NOT be used in the calculation of any of the above incentive or bonus programs. It is each trainer's responsibility to ensure that session vouchers are pulled per Equinox policy.

5. No incentives or bonuses will be pro-rated by the Company.

6. All other terms and conditions of employment remain unchanged. Any change to the compensation plan as outlined above does not change the "at-will" nature of the employment relationship.

## FOOTNOTES:

[1] *Session rates are inclusive of all activities associated with the session, and which may be performed during or outside of the actual training session. Such activities include but are not limited to the following: communicating with clients, scheduling and the creation and updating of client programs.*

[2] *Calculated on a pay period basis.*

[3] *Excludes Equifits and Complimentary PT Sessions.*

[4] *Employees must be employed on the last day of the month in order to be eligible for the monthly productivity bonus payment. The actual payout will occur in the first full pay period of the month following the month in which the bonus is earned.*

[5] *Session counts are not prorated for mid-year hires and do not roll over from year to year. The productivity bonus amount is derived by calculating the average weekly compensation earned for the eligible sessions performed in the period required to meet the bonus level. For example, if a trainer performs 1,092 paid sessions from Jan 1 through Nov 15, the bonus amount will equal the average of the wages earned for all paid sessions divided by the number of weeks during this period. Productivity bonuses are automatically included in the payroll following the date that the threshold is attained.*

[6] *PTs are eligible for the Senior Trainer Annual Bonus in any year following the achievement of eligibility criteria. The payout will happen on the years you hit or surpass the 1,092 session target only. If you miss a year in the future your payout will skip that year, but you will never lose your accumulated tenure of years achieved.*

[7] *You must be actively employed by, and in good standing with Equinox, on the date of payout.*

[8] *To receive this bonus, the PT must provide programing details for the client to the PTM. Payment will be made in the pay period following this.*

Rev May 2018

DocuSign Envelope ID: 57506EC0-0265-400C-A9CA-BDAF3638EA55

# EXHIBIT H

# EQUINOX

**PERSONAL TRAINER**
**COMPENSATION SUMMARY EFFECTIVE JUNE 1, 2018**
**NON-CALIFORNIA MARKET - TIERS I, II, III, III+ TX COACH**

This Compensation Plan (the "Plan") explains how **Personal Trainers (PTs)** are compensated at Equinox Holdings, Inc. ("Equinox" or "Company"). Please read and make sure that you understand this document. If anything is unclear to you, be sure to consult your Manager or People Services Representative.

## ANNUAL INCOME OPPORTUNITY

Your income potential is dependent on several factors, including Tier status and productivity. The following illustrates an estimate of your annual earning potential based on the number of sessions performed per month as well as your training tier (1, 2, 3, 3+ or TX).

| INCOME POTENTIAL * | | | | |
|---|---|---|---|---|
| | T1 | T2 | T3 | T3+ | TX |
| 95 sessions per month | $38,475 | $52,725 | $64,695 | $73,815 | $89,205 |
| 110 sessions per month | $45,870 | $62,370 | $76,230 | $86,790 | $104,610 |
| 125 sessions per month | $55,125 | $73,875 | $89,625 | $101,625 | $121,875 |
| 145 sessions per month | $66,120 | $87,870 | $106,140 | $120,060 | $143,550 |
| 160 sessions per month | $74,880 | $98,880 | $119,040 | $134,400 | $160,320 |

*\* Yearly run rate incomes are dependent on a full year's consistency at a particular session performance level and are inclusive of all bonus opportunities in accordance with these levels. Actual performance and income results may vary.*

## <u>YOUR PT COMPENSATION AT EQUINOX CONSISTS OF THE FOLLOWING:</u>

### <u>SESSION RELATED RATE</u>

As a PT, you are paid a fixed rate for the session related activities for each Personal Training session you teach (your "session-related rate"). Session related activities consist of:
1. Scheduling the session
2. Creating and updating your calendar
3. Creating and updating of client programs
4. Setting up for the session
5. Performing the session
6. Straightening up/returning equipment following the session
7. Interacting with members (before and after the session) regarding the session
8. Reporting your session related time and information in the Company's timekeeping system (UltiPro)

You need to accurately report all the time you spend on session related activities in our time reporting system. Generally, T1 – T3 Trainers should spend no more than two (2) hours per pay period on session related activities and T3+ / TX should spend no more than four (4) hours per pay period. If you feel you need to spend more than the time outlined here, please address this with your PTM. The session-related rate should always pay you more than the applicable minimum wage for all time you spend on session related activities. If it does not, your pay will be adjusted so you will be paid at least the applicable minimum wage for all time worked.

Rev May 2018

**EQUINOX**

## HOURLY RATE

You also are paid a set hourly wage for all time that you work on activities other than the session related activities for the sessions you perform ("non-session related activities"). All the time you work on non-session related activities must be recorded in the Company's time keeping system. This rate will be paid in accordance with the minimum wage for your location.

Non-session related time must be required or permitted by your manager. The following are some examples of non-session related activities:

- Scheduled floor shifts
- Attending required meetings and trainings
- Attending required CPR certificate classes

## PT SESSION RATES [1, 2, 3]

| FULL SESSION PAYOUT SCHEDULE (Bonus unit = 1) | | | | | |
|---|---|---|---|---|---|
| | T1 | T2 | T3 | T3+ | TX |
| Less Than 42 Sessions PP | $26.00 | $31.50 | $36.50 | $45.50 | $64.00 |
| 42 or More Sessions PP | $31.00 | $43.50 | $54.00 | $62.00 | $75.50 |

| HALF SESSION PAYOUT SCHEDULE (Bonus unit = .5) | | | | | |
|---|---|---|---|---|---|
| | T1 | T2 | T3 | T3+ | TX |
| Less Than 42 Sessions PP | $13.00 | $15.75 | $18.25 | $22.75 | $32.00 |
| 42 or More Sessions PP | $15.50 | $21.75 | $27.00 | $31.00 | $37.75 |

| OTHER SESSION RATES | | |
|---|---|---|
| Session Type | Rate | Bonus Per Client |
| Semi Private | $19.00 | 0.3 |
| Duet | $26.75 | 0.5 |

## MONTHLY PRODUCTIVITY BONUS [3, 4]

A monthly bonus will be paid upon the completion of paid sessions according to the following schedule:

| MONTHLY BONUS LEVELS & SCHEDULE | | | | | |
|---|---|---|---|---|---|
| | T1 | T2 | T3 | T3+ | TX |
| 95-109 ($2.75 per session) | $33.75 | $46.25 | $56.75 | $64.75 | $78.25 |
| 110-124 ($3.75 per session) | $34.75 | $47.25 | $57.75 | $65.75 | $79.25 |
| 125-144 ($5.75 per session) | $36.75 | $49.25 | $59.75 | $67.75 | $81.25 |
| 145-159 ($7.00 per session) | $38.00 | $50.50 | $61.00 | $69.00 | $82.50 |
| 160+   ($8.00 per session) | $39.00 | $51.50 | $62.00 | $70.00 | $83.50 |

EQUINOX

## ANNUAL PRODUCTIVITY BONUS [3, 5]

Annual Productivity bonuses are awarded upon completion of certain paid session milestones attained within each calendar year as follows:

| | | ANNUAL PRODUCTIVITY BONUS REQUIREMENTS | | |
|---|---|---|---|---|
| Bonus Level | Total Sessions Completed | Timeframe for Completion | Bonus | Notes |
| 1 | 546 | Jan 1 – June 30 | Receive One (1) Additional Week of Pay | |
| 2 | 1,092 | Jan 1 – Dec 31 | Receive Two (2) Additional Weeks of Pay | *PTs who receive the level 1 bonus by completing 546 paid sessions by June 30th will receive ONE (1) additional week of pay upon the attainment of 1,092 paid sessions prior to Dec 31* |
| 3 | 1,456 | Jan 1 – Dec31 | Receive Three (3) Additional Weeks of Pay | |

## SENIOR TRAINER ANNUAL BONUS OPPORTUNITY (effective Jan 1, 2018) [3, 6]

The Senior Trainer Annual Bonus Opportunity rewards long tenure and high performance at Equinox. Personal Trainers that meet the following criteria in any given year are eligible:

1. Personal Trainers at Tier 3+ or Tier X
2. Minimum of 1,092 sessions in the calendar year
3. Minimum of 4 years of services with Equinox as Personal Trainer
4. Have at least 4 calendar years of 1,092 paid sessions within tenure at any Tier and have achieved the current annual bonus incentives for those years (They do not have to be in consecutive years to be eligible)

Bonus amounts are based on years of service. The bonus amounts increase as tenure with Equinox increases as follows:

| SENIOR TRAINER ANNUAL BONUS AMOUNTS | |
|---|---|
| Years of 1,092 or More Sessions | Annual Bonus |
| 5 Years | $5,000 |
| 6 Years | $6,000 |
| 7 Years | $7,000 |
| 8 Years | $8,000 |
| 9 Years | $9,000 |
| 10+ Years | $10,000 |

Rev May 2018

3

EQUINOX

**RAMPER BONUS** [7]
This bonus is available for any Personal Trainer during their first 120 days as a Personal Trainer. Bonuses will be paid on the pay date of the pay period in which the trainers anniversary date falls. If the 60 or 90 day bonus is missed, it can still be earned at the end of 120 days, if the 120 day qualifier is met.

| ELIGIBILITY | QUALIFIER | BONUS AMOUNT |
|---|---|---|
| 60 days from hire | 4 Active Clients working off a 6pk purchase or higher | $600 |
| 90 days from hire | 8 Active Clients working off a 6pk purchase or higher | $500 |
| 120 days from hire | 12 Active Clients working off a 6pk purchase or higher | $400 |

Note: Personal Trainers hired at new clubs are not eligible until the club is 6 months past opening date.

**FIRST TIME BUYER (FTB) BONUS** [7, 8]
This bonus is available for any Personal Trainer who has been employed longer than 120 days. A one-time bonus will be paid for the initial purchase of training by a first-time buyer. The first-time sale bonus amounts are as follows:

| Package | Bonus Amount |
|---|---|
| 12 - pack | $30.00 |
| 24 - pack | $60.00 |
| 48 - pack | $90.00 |

Note: Personal Trainers are not eligible for this bonus in the first 6 months following a new club opening.

**CLIENT RETENTION BONUS** [7]
A $500 bonus will be paid for every 200 paid sessions that a trainer performs with the same client. Payment will be made on the 1st pay period following the end of the calendar quarter in which the 200th session was performed.

**EQUIFIT AND COMPLIMENTARY PT SESSION RATE**
A rate of $15.00 (or prevailing minimum wage, whichever is higher) will be paid for each Equifit and Complimentary PT Session given with membership and renewals.

**MEMBER REFERRAL BONUS** [7]
Trainers will receive $50 for every member referral that results in the sale of a paid membership. A referral bonus will be paid once the referred member completes one year of membership.

**PERSONAL TRAINER EMPLOYEE REFERRAL BONUS** [7]
Any employee that refers a Personal Trainer that is hired and maintains employment for six (6) months will be entitled to a referral bonus as outlined in the Company's Employee Referral Policy. The referred employee must be actively employed on the date of the scheduled payout in order to be eligible for the bonus payment.

E Q U I N O X

## BENEFITS
Details on benefits eligibility are provided separately. They are important – but are not addressed in detail here.

## ADDITIONAL GENERAL NOTES
1. This compensation plan replaces all previously distributed plans.

2. The Company unconditionally reserves the right to change the terms and conditions of this PT compensation plan and any components thereof at any time.

3. Equinox will not pay out performance bonuses to employees who are not employed by, or not in good standing with, Equinox on the date of the scheduled bonus payout.

4. Any retro issued sessions will NOT be used in the calculation of any of the above incentive or bonus programs. It is each trainer's responsibility to ensure that session vouchers are pulled per Equinox policy.

5. No incentives or bonuses will be pro-rated by the Company.

6. All other terms and conditions of employment remain unchanged. Any change to the compensation plan as outlined above does not change the "at-will" nature of the employment relationship.

## FOOTNOTES:
[1] *Session rates are inclusive of all activities associated with the session, and which may be performed during or outside of the actual training session. Such activities include but are not limited to the following: communicating with clients, scheduling and the creation and updating of client programs.*

[2] *Calculated on a pay period basis.*

[3] *Excludes Equifits and Complimentary PT Sessions.*

[4] *Employees must be employed on the last day of the month in order to be eligible for the monthly productivity bonus payment. The actual payout will occur in the first full pay period of the month following the month in which the bonus is earned.*

[5] *Session counts are not prorated for mid-year hires and do not roll over from year to year. The productivity bonus amount is derived by calculating the average weekly compensation earned for the eligible sessions performed in the period required to meet the bonus level. For example, if a trainer performs 1,092 paid sessions from Jan 1 through Nov 15, the bonus amount will equal the average of the wages earned for all paid sessions divided by the number of weeks during this period. Productivity bonuses are automatically included in the payroll following the date that the threshold is attained.*

[6] *PTs are eligible for the Senior Trainer Annual Bonus in any year following the achievement of eligibility criteria. The payout will happen on the years you hit or surpass the 1,092 session target only. If you miss a year in the future your payout will skip that year, but you will never lose your accumulated tenure of years achieved.*

[7] *You must be actively employed by, and in good standing with Equinox, on the date of payout.*

[8] *To receive this bonus, the PT must provide programing details for the client to the PTM. Payment will be made in the pay period following this.*

Rev May 2018

# EXHIBIT I

## OFFICIAL COURT-ORDERED NOTICE
### (THIS IS NOT A SOLICITATION FROM A LAWYER)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

***Katz v. Equinox Holdings, Inc.***
**Case No. 1:20-CV-09856 (S.D.N.Y.)**

## Please Read This Notice If You Are or Were:

1) **Employed by Equinox Holdings, Inc. in New York State as a Tier 3, Tier 3+, or Tier X Trainer at any point from May 13, 2018, to Present; and**
2) **Were paid a flat rate for personal training sessions; and**
3) **Worked over forty (40) hours in a week, including all the time spent performing personal training sessions, all time spent preparing for/ending a personal training session (*e.g.*, programming, getting/cleaning up weights, communicating with a client, etc.), and all time spent on non-personal training session related duties (*e.g.*, floor shifts, meetings, etc.).**

- The purpose of this Notice is to advise you of a lawsuit that has been filed against Equinox Holdings, Inc. ("Defendant") pursuant to the Fair Labor Standards Act (FLSA) and to advise you of your right to participate in that lawsuit.

- Plaintiff Monique Katz ("Plaintiff") claims Defendant failed to pay Tier 3, Tier 3+, and Tier X Trainers overtime pay for all hours worked over forty (40) per week.

- If you join this lawsuit and Plaintiff prevails, you may be entitled to overtime wages and other damages**.**

- The Court has allowed this Notice to be sent under the Fair Labor Standards Act ("FLSA") to:

  **All persons who were only employed by Defendant as Tier 3, Tier 3+, or Tier X Trainers within the State of New York from May 13, 2018 1, to present, who were paid on a flat rate for each personal training session performed, and who were required to work in excess of forty (40) hours per workweek without compensation at the statutorily required rate of one and a half (1½) times their hourly rate for all hours worked in excess of forty (40) per workweek.**

- Although the Court has authorized this Notice, it has not yet decided whether Defendant violated any laws or whether you or Plaintiff are entitled to money or other relief.

- Your legal rights to participate in the lawsuit are subject to the choice that you must now make.

**[CONTINUED ON NEXT PAGE]**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you would like to participate and share in any monetary recovery that might come from a trial or a settlement in this lawsuit, you must sign and return a Consent to Join Form by [a date 60 days from notice, the notice period re-starts if the notice is returned undeliverable and a new address is located] to [the notice administrator].<br><br>**You may sign and submit the Consent to Join Form in the following ways:**<br><br>(1) You may electronically sign and return the "Consent to Join" form, which can be accessed at [INSERT WEBSITE], and submitted no later than [DATE], or<br>(2) You can complete the form included with this Notice and mail it in the enclosed addressed, postage-paid envelope so that it is postmarked no later than [DATE], or<br>(3) You complete and send the enclosed form by fax to [FAX], or email it to [EMAIL] so that the administrator receives it no later than [DATE].<br><br>By signing and returning the Consent to Join Forms in one of these ways, you will "opt in" and become a member of the group of Employees participating in this case (also called the "collective"). |
| **DO NOTHING** | By doing nothing, you give up the possibility of a monetary recovery that may come from a trial or settlement of the FLSA claims if those bringing the lawsuit are successful.<br><br>You keep any rights to sue the Defendant separately about the same legal claims in this lawsuit. **You should be aware that your time to bring FLSA claims is limited by either a two or three-year statute of limitations and continues to run.** |

## I. Why Did I Get this Notice and What Is the Lawsuit About?

This Notice was sent to you because you were identified as someone eligible to join this lawsuit and inform you of your rights.  The choice to join is yours.

The Lawsuit.  Plaintiff filed this lawsuit against the Equinox on November 23, 2020, on behalf of herself and all other similarly situated employees.  Plaintiff alleges that Defendant failed to pay Tier 3, Tier 3+, and Tier X Trainers overtime pay for all hours worked in excess of forty (40) per week.

Defendant denies the claims Plaintiff is making.

## II. What Happens If I Join? Will My Participation Cost Me Anything? How Will the Lawyers Get Paid?

If you join and submit the enclosed Consent to Join Form by [60 days from mailing], the lawyers listed below will represent you and work to obtain any unpaid overtime wages you may be owed.

The Court or a jury will determine your rights to any money. You will be bound by the judgment, whether it is favorable or unfavorable, on all issues including settlement. If you join, you may be asked to participate in the discovery process, which means answering some questions and/or providing documents related to the case.

Plaintiff is represented by:

**VALLI KANE & VAGNINI LLP**
600 Old Country Road, Suite 519
Garden City, NY 11530
Tel: (516) 203-7180
James A. Vagnini / jvagnini@vkvlawyers.com
Alexander M.  White / awhite@vkvlawyers.com

-and-

**JOSEPH & KIRSCHENBAUM LLP**
32 Broadway #601
New York, New York 10004
Tel: (855) 345-4045
D. Maimon Kirschenbaum / maimon@jk-llp.com
Denise Schulman / denise@jk-llp.com

Plaintiff's attorneys are handling the case on a contingency basis which means it will not cost you anything as they will advance all the costs associated with this case and will only receive fees and expenses/costs from a settlement or judgment.  If there is no recovery, they will get nothing and you will owe them nothing.

## III. What Happens If I Do Not Join?

If you do not join, you will not be bound by any judgment issued or settlement approved by the Court in this case – whether it is favorable or unfavorable.  You will not be entitled to share in any money recovered in this lawsuit, but you will have retained the right to separately bring your own claims. If you do not join, the statute of limitations on your claim will continue to run and you may lose some or all of your rights if you do not act quickly.

**[CONTINUED ON NEXT PAGE]**

## IV.  How Do I Join?

Enclosed is a "Consent to Join" form.  If you want to participate in this lawsuit, you must fill it out and return it. There are several ways to return it. You may electronically sign and submit it online at [WEBSITE] by [60 days from date of mailing]; you may fax or email it using the contact information below by [60 days from date of mailing], or, mail it in the enclosed prepaid envelope, or in another envelope, so that it is postmarked [60 days from date of mailing].

[mailing address]
[fax number]
[email address]
[phone number]

Should you lose or misplace the enclosed Consent form, please contact [CLAIMS ADMIN] at 1-XXX-XXX-XXXX or download the form from the Website at [WEBSITE].  If you have questions, you may contact Plaintiff's lawyers listed above.

## V.  Will My Participation Affect My Employment?

No. Federal law prohibits an employer from firing or in any way retaliating against you because you have joined this Lawsuit.  However, participating in the Lawsuit does not excuse you from complying with the Defendant's existing policies.

## VI. How Can I Get More Information?

Additional information may be obtained from the attorneys using their contact information above.  You may also learn more about the claims in the Complaint and review relevant documents by contacting [CLAIMS ADMIN] at 1-XXX-XXX-XXXX or going to the website: [WEBSITE].

**The Notice has been ordered by the Court, Honorable Valerie E. Caproni, United States District Judge. This Notice is not an expression by the Court of any opinion concerning the alleged claims. This Notice simply informs you of the pendency of this litigation and your rights to join, or not join, the lawsuit.**

**[CONSENT TO JOIN FORM ON NEXT PAGE]**

## CONSENT TO JOIN COLLECTIVE ACTION
## UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP and Joseph & Kirschenbaum LLP to represent me in this case.

3.  I authorize the representative Plaintiff named in the Complaint or Plaintiff's counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiff named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.

4.  I also consent to join any separate or subsequent action to assert the claims brought in this suit if the Court determines that my claims cannot be maintained on a collective basis in this action.

_____

Full Legal Name (please PRINT clearly)

_____          _____

Signature                                                        Date

_____

*All information you provide below is for use by the lawyers in this case, and will not be filed with the Court*

_____

Street Address (with apartment number, if applicable)

_____

City, State, Zip Code

_____          _____

Home Phone Number                                Cell Phone Number

_____

Email Address
(we will use this as our primary method to contact you)

_____          _____

Emergency Contact Name                          Emergency Contact Phone Number
(in case we lose contact with you)

If you have received a paper form of this notice and wish to electronically sign the Opt-In Consent form, please visit [WEBSITE] to obtain and electronically sign this form.