UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MONIQUE KATZ and YEKATERINA SKIDANENKO, individually and on behalf all others similarly situated,

               Plaintiffs,

    -against-

EQUINOX HOLDINGS, INC.

              Defendant.

---------------------------------------------------------------X

Civ. No.: 20-cv-09856 (VEC)(RWL)

## DECLARATION OF NOEL P. TRIPP IN SUPPORT OF DEFENDANT EQUINOX HOLDINGS, INC.'S OPPOSITION TO PLAINTIFF MONIQUE KATZ'S MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE

    1.    My name is Noel P. Tripp.  I am over 21 years of age and am fully competent to make this declaration.  I have personal knowledge of all facts recited herein and state that such facts are true and correct.

    2.    I am a Principal with the law firm Jackson Lewis P.C., 58 S. Service Road, Suite 250, Melville, New York 11747, and counsel of record for Equinox Holdings, Inc. ("Defendant") in the above-captioned action.  I respectfully submit this declaration in support of Defendant's Opposition to Plaintiff Monique Katz's Motion for Conditional Certification of a Collective ("Motion"), filed in the above action at ECF Dkt. 38-40.

    3.    Attached as Exhibit A hereto is a true and correct copy of the Plaintiffs' current Complaint in the above matter, ECF Dkt. 55.

4. Attached as Exhibit B hereto is a true and correct copy of the November 7, 2016 order of Judge Alvin K. Hellerstein in the Southern District of New York case *Pulver, et al. v. Cafua Management Company L.L.C., et al.*, SDNY Case No. 15-cv-8022.

5. Attached as Exhibit C hereto is a true and correct copy of the transcript of the November 20, 2018 proceedings before Magistrate Judge Marian W. Payson in the Western District of New York case *Lusk, et al. v. Serve U Brands, Inc., et al.*, WDNY Case No. 17-cv-6451.

6. Attached as Exhibit D hereto is a true and correct copy of a sample wage statement for Named Plaintiff Monique Katz for the week ending August 3, 2019, previously produced to counsel in this action as D000102.

7. Attached as Exhibit E hereto is a true and correct copy of the Personal Trainer Compensation Plan signed by Named Plaintiff Monique Katz on August 20, 2015, previously produced to counsel in this action as D000041-42.

8. Attached as Exhibit F hereto is a true and correct copy of a page from Plaintiff Katz's payroll register reflecting her compensation, previously produced to counsel in this action as D000023.

9. Attached as Exhibit G hereto is a true and correct copy of the original March 25, 2020 Complaint filed in *Skidanenko, et al. v. Equinox Holdings, Inc.*, Eastern District of New York Case No. 20-cv-1550.

10. Attached as Exhibit H hereto are true and correct copies of declarations submitted in *Baoji Zhang v. New Beijing Wok*, SDNY Case No. 17-CV-9465 (at Dkt. 23-5) and *Reyes v. Picnic Basket, Inc.*, SDNY Case No. 18-CV-140 (at Dkt. 32-2).

11. Attached as Exhibit I hereto is a true and correct copy of the January 11, 2022 Complaint filed in *Faulkner, et al. v. Equinox Holdings, Inc.*, Southern District of New York Case No. 20-cv-1550.

12. Attached as Exhibit J hereto is a true and correct copy of the August 11, 2014 order of this Court in the Southern District of New York case *Nabi, et al. v. Hudson News Company, et al.*, Southern District of New York Case No. 14-CV-4635.

13. Attached as Exhibit K is a true and correct copy of the Declaration of Stephanie Herrmann, Senior Director of People Services for Equinox Holdings, Inc., executed on March 11, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2022

_____
Noel P. Tripp, Esq.

4855-3734-7588, v. 1