**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


___Dorian Israel Estrada_____
Full Legal Name (please PRINT clearly)

___Dorian I Estrada_____        ___10/3/2022 Pacific Daylight Time___
Signature                                Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Michael Joseph Frasca_____
Full Legal Name (please PRINT clearly)


_____Michael Frasca_____          _____10/3/2022 Pacific Daylight Time___
Signature                                          Date

1

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Tyler Kendrick Bryce Connell_____
Full Legal Name (please PRINT clearly)

_____Tyler K.B. Connell_____        _____10/4/2022 Pacific Daylight Time___
Signature                                                            Date

1

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.

_____Robert Ammirato_____
Full Legal Name (please PRINT clearly)

_____Robert Ammirato_____          ____10/4/2022 Pacific Daylight Time___
Signature                                            Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.     I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.     By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.     I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


____Anthony Desanctis_____
Full Legal Name (please PRINT clearly)


____Anthony DeSanctis_____          ____10/4/2022 Pacific Daylight Time___
Signature                                                        Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Marc Heller_____
Full Legal Name (please PRINT clearly)

_____Marc Heller_____        ____10/4/2022 Pacific Daylight Time____
Signature                                         Date

1

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Sophia_____
Full Legal Name (please PRINT clearly)


_____Sophia Fox_____          _____10/4/2022 Pacific Daylight Time___
Signature                                               Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____James Omar Moussa_____
Full Legal Name (please PRINT clearly)

_____James Moussa_____          _____10/4/2022 Pacific Daylight Time____
Signature                                                        Date

1

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.    I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.    I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Siied Brown_____
Full Legal Name (please PRINT clearly)

_____Siied Brown_____        ____10/4/2022 Pacific Daylight Time___
Signature                                        Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Tiraya Conyers_____
Full Legal Name (please PRINT clearly)


_____Tiraya Conyers_____          ____10/4/2022 Pacific Daylight Time____
Signature                                          Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Omar Rafiq Kent_____
Full Legal Name (please PRINT clearly)

_____OK_____          ____10/4/2022 Pacific Daylight Time___
Signature                              Date

1

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.

_____Colleen Delaney Unda_____
Full Legal Name (please PRINT clearly)

_____Colleen Unda_____          ____10/4/2022 Pacific Daylight Time___
Signature                                                  Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


____Kenneth Yu_____
Full Legal Name (please PRINT clearly)

____Kenneth Yu_____          ____10/4/2022 Pacific Daylight Time___
Signature                                          Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.    I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.    I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.

_____Simon Burdeaux_____
Full Legal Name (please PRINT clearly)

_____Simon Burdeaux_____          ____10/4/2022 Pacific Daylight Time___
Signature                                                 Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1. I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3. I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court. I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.

_____Sainatee Suarez_____
Full Legal Name (please PRINT clearly)

_____sainatee suarez_____          ____10/4/2022 Pacific Daylight Time___
Signature                                Date

1

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Jonathan Walker Hare_____
Full Legal Name (please PRINT clearly)


_____Jonathan Walker Hare_____          _____10/4/2022 Pacific Daylight Time___
Signature                                                            Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.

_____Thomas Russell Manning_____
Full Legal Name (please PRINT clearly)

_____T.R. Manning_____        _____10/4/2022 Pacific Daylight Time___
Signature                                              Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.   I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.   By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.   I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


____david baillie_____
Full Legal Name (please PRINT clearly)

____baillie_____            ____10/4/2022 Pacific Daylight Time___
Signature                                              Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.　　I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.　　By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.　　I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


____Robin Eliza Zerbe_____
Full Legal Name (please PRINT clearly)


____Robin Zerbe_____        ____10/4/2022 Pacific Daylight Time___
Signature                                              Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____John C Gaillard_____
Full Legal Name (please PRINT clearly)


_____John c Gaillard_____          _____10/4/2022 Pacific Daylight Time___
Signature                                                       Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.    I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.    I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Olivia Kay Hensal_____
Full Legal Name (please PRINT clearly)

_____Olivia Hensal_____          ____10/4/2022 Pacific Daylight Time___
Signature                                             Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Winston N Broderick_____
Full Legal Name (please PRINT clearly)


_____Winston Broderick_____          _____10/4/2022 Pacific Daylight Time___
Signature                                                        Date

1

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.     I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.     By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.     I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Evan OBrien_____
Full Legal Name (please PRINT clearly)


_____Evan OBrien_____          ____10/4/2022 Pacific Daylight Time___
Signature                                           Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.

_____Brian Lau_____
Full Legal Name (please PRINT clearly)

_____Brian Lau_____         _____10/4/2022 Pacific Daylight Time___
Signature                                              Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.

_____Francis Kilinski_____
Full Legal Name (please PRINT clearly)

_____Francis Kilinski_____      _____10/4/2022 Pacific Daylight Time____
Signature                                          Date



**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.    I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.    I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Tiesha Henry_____
Full Legal Name (please PRINT clearly)


_____Tiesha Henry_____          _____10/4/2022 Pacific Daylight Time___
Signature                                              Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.

_____Benjamin Guzi_____
Full Legal Name (please PRINT clearly)

_____Benjamin Guzi_____          ____10/4/2022 Pacific Daylight Time___
Signature                                                      Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Jennifer Cintron-Scavo_____
Full Legal Name (please PRINT clearly)

_____Jennifer Cintron-Scavo_____          ____10/5/2022 Pacific Daylight Time___
Signature                                        Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Jaleel Jean Jacques_____
Full Legal Name (please PRINT clearly)

_____Jaleel Jean Jacques_____          _____10/5/2022 Pacific Daylight Time____
Signature                                                    Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1. I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3. I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Jay Michael Schoen_____
Full Legal Name (please PRINT clearly)


_____Jay Schoen_____   _____10/5/2022 Pacific Daylight Time____
Signature          Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**<u>UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).</u>**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Peter Fisher_____
Full Legal Name (please PRINT clearly)


_____Peter Fisher_____          _____10/6/2022 Pacific Daylight Time___
Signature                                                  Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.  I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.  I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


____Emma Dominguez-Millan_____
Full Legal Name (please PRINT clearly)

____Emma Dominguez_____          ____10/6/2022 Pacific Daylight Time___
Signature                                                 Date

**CONSENT TO JOIN COLLECTIVE ACTION**
**UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).**

1.      I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.      I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court.  I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.


_____Alfredo Daniel Gomez_____
Full Legal Name (please PRINT clearly)


_____Alfredo Daniel Gomez_____              ____10/7/2022 Pacific Daylight Time____
Signature                                        Date

## CONSENT TO JOIN COLLECTIVE ACTION
## UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).

1.   I consent to be a party plaintiff in a lawsuit against Equinox Holdings, Inc., Case No. 1:20-CV-09856 (VEC), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.   By signing and returning this consent form, I designate Valli Kane & Vagnini LLP, Joseph & Kirschenbaum LLP, The Law Offices of Jacob Aronauer, and Beattie Padovano LLC to represent me in this case.

3.   I authorize the representative Plaintiffs named in the Complaint or Plaintiffs' counsel or their agents to file this form with the Clerk of the Court. I further authorize and designate the representative Plaintiffs named in the Complaint to act on my behalf in all matters pertaining to this lawsuit.

Arianna Delphine Injeian
_____
Full Legal Name (please PRINT clearly)

_____          10/06/2022
Signature                                                        Date

1