USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

MONIQUE KATZ and YEKATERINA SKIDANENKO, individually and on behalf of all others similarly situated,

                            Plaintiffs,

                    -against-

EQUINOX HOLDINGS, INC.

                            Defendant.

Civ. No.: 20-cv-9856 (VEC)(RWL)

**RULE 502(d) ORDER**

**Hon. Valerie E. Caproni, United States District Court Judge**

It is hereby ORDERED as follows:

1. The production of privileged or work product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production. Nor shall this Order require or prohibit a party from producing or withholding production of a document considered privileged (including, but not limited to, on the bases of HIPAA, the attorney-client privilege or attorney work product doctrine) or otherwise protected from production.

2

SO ORDERED.

SO ORDERED THIS __8th__
DAY OF __March__, 2023.

_____
Hon. Valerie E. Caproni
United States District Court Judge