UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE KATZ, et al., <br><br>　　　　　　　　　　Plaintiff(s), <br><br>　　　　v. <br><br>EQUINOX HOLDINGS, INC., <br><br>　　　　　　　　　　Defendant(s). | 20-CV-9856 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On October 30, 2023, the parties filed a joint letter requesting guidance on Defendant's contemplated communication to its employees, a group which includes members of the putative Rule 23 class who have not opted into the conditionally-certified collective under the Fair Labor Standards Act.

It is hereby **ORDERED** that the parties shall appear for a conference regarding their joint letter on **November 1, 2023, at 3:30 P.M. EST.** The conference will be held over Microsoft Teams. The parties shall join by dialing (646) 453 – 4442, and entering the conference ID: 916 695 665, followed by the pound sign (#). The parties shall be prepared to discuss their joint letter and, to the extent possible, to propose a schedule for full briefing on any application for relief requested by Plaintiffs with respect to Defendants' ADR Program.

Dated: October 31, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge