UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE KATZ, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> EQUINOX HOLDINGS, INC., <br><br> Defendant(s). | 20-CV-9856 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

The Court held a conference in this matter on November 1, 2023. For the reasons discussed at the conference, it is hereby **ORDERED** that the parties shall meet and confer in good faith regarding the form of the communication to be distributed to Defendant's employees and a briefing schedule for Plaintiff's application for an order under Federal Rule of Civil Procedure 23(d) regarding Defendant's ADR program. No later than **November 2, 2023,** the parties shall file a joint status letter on ECF. Such letter shall state any mutually-agreeable briefing schedule or, if the parties are unable to agree, the parties' respective proposals. The parties shall attach the finalized language Defendant proposes to distribute.

Dated: November 1, 2023
         New York, New York

                                                        _____
                                                                    DALE E. HO
                                                            United States District Judge