UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONIQUE KATZ and YEKATERINA SKIDANENKO, individually and on behalf of all others similarly situated,

          Plaintiffs,

v.

EQUINOX HOLDINGS, INC.,

          Defendant.

Case No.:

1:20-CV-09856 (DEH)(RWL)

---

## ORDER

You are hereby directed to contact your attorney who mailed you this Order to schedule a date for your deposition and participate in document discovery. Your failure to appear for your deposition and participate in document discovery on or before January 26, 2024, should result in the dismissal of your claims in this action. No other warnings shall be issued to you.

Date:   January  5 , 2024
      New York, New York

_____
Dale E. Ho
United States District Judge

4885-2738-2938, v. 1

1