UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MONIQUE KATZ and YEKATERINA SKIDANENKO, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

EQUINOX HOLDINGS, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No.: 20-CV-09856 (DEH)(RWL)

## [PROPOSED] ORDER DISMISSING NON-COMPLIANT OPT-IN PLAINTIFFS WITH PREJUDICE

**IT IS HEREBY ORDERED**, that Defendant's Motion to Dismiss the Thirteen (13) Non-Compliant Opt-in Plaintiffs with prejudice for failing to respond to written discovery and to schedule and appear for a deposition in direct defiance of this Court's January 5, 2024 Order under Rule 37(b)(2)(A) and 41(b) of the Federal Rules of Civil Procedure is hereby **GRANTED**. These Opt-in Plaintiffs include: Akira Bryant, Reese Davis, Gabrielle DeAngelis, Ashley Forbes, Rosana Hernandez, Isabelle Iannizzotto, Mary Judge, Alvin Lebrun, James Moussa, Christi O'Hanlon, Michael Richards, Juan Vallejo and Vaughn Gray.

        **SO ORDERED.**

This the __20__ day of __February__, 2024.

This order of dismissal is limited to the FLSA claims of the listed opt-in Plaintiffs and does not affect any claims they may have under state law.

_____
Dale E. Ho
United States District Judge