## JacksonLewis

**Jackson Lewis P.C.**
2000 Town Center, Suite 1650
Southfield, Michigan 48075
(248) 936-1900 Main
(248) 936-1901 Fax
jacksonlewis.com

DIRECT DIAL: (248) 936-1900
EMAIL ADDRESS: ALLAN.RUBIN@JACKSONLEWIS.COM

> Application GRANTED.  Parties shall file a motion for settlement approval by **November 29, 2024**.  No further extension shall be granted.  SO ORDERED.
>
> The Clerk of Court is respectfully directed to terminate ECF No. 210.
>
> */s/ Dale E. Ho/*
>
> DALE E. HO
> United States District Judge
>
> Dated: October 28, 2024
> New York, New York

**VIA ECF**

The Honorable Judge Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square, Room 905
New York, New York 10007

Re:  *Katz, et al., v. Equinox Holdings, Inc.*
     Civil Case No.:  20-cv-09856

Dear Judge Ho:

    We represent Defendant Equinox Holdings, Inc. Pursuant to Rule 2(e) of Your Honor's Individual Rules, we write, jointly with Plaintiffs' counsel, to request a 30-day extension, from October 29, 2024 to November 29, 2024 to file a motion for settlement approval. This is the parties' second request for an extension of this deadline (Dkt. No. 207). An extension is necessary because the parties are finishing finalizing the terms of the agreement and application for approval, as several religious holidays interfered with progress toward the same, and the parties are continuing to work in good faith on unresolved terms of the settlement. The parties are mindful of the Court's August 30, 2024 Order (Dkt. No. 209) and do not anticipate any further requests to extend this deadline. The extension, if granted, would not impact any other deadlines.

    We thank the Court for its time and consideration in this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

s/ *Allan S. Rubin*

Allan S. Rubin

cc:   All Counsel of Record *(via* ECF)