UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MONIQUE KATZ and YEKATERINA SKIDANENKO, individually and on behalf of all others similarly situated,

              Plaintiffs,

-against-

EQUINOX HOLDINGS, INC.

              Defendant.

Civ. No.: 20-cv-9856 (DEH)(RWL)

**STIPULATION OF DISMISSAL WITH PREJUDICE OF NAMED PLAINTIFF KATZ'S INDIVIDUAL FAMILY AND MEDICAL LEAVE ACT AND NEW YORK CITY HUMAN RIGHTS LAW CLAIMS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Monique Katz's ("Plaintiff") discrimination and retaliation claims brought under the Family and Medical Leave Act ("FMLA") and New York City Human Rights Law ("NYCHRL") ("Limited Claims") in the above captioned matter, are dismissed with prejudice. Any and all claims, including individual, class or collective, under the Fair Labor Standards Act, New York Labor Law, and the New York Codes, Rules and Regulations shall not be dismissed and shall remain in full force and effect.

IT IS FURTHER STIPULATED AND AGREED that these Limited Claims in the above-entitled action be, and the same hereby is discontinued, with prejudice, and without costs or attorneys' fees to any party as against the other.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and by facsimile/scanned signatures, which shall bear the same weight as original signatures.

Dated: 11/26, 2024
       Garden City, New York
By: _____
    Alexander White, Esq.

Dated: 11/29, 2024
       Southfield, Michigan
By: _____
    Allan S. Rubin, Esq.

| | |
|---|---|
| James Vagnini, Esq.<br>**VALLI KANE & VAGNINI LLP**<br>600 Old Country Road, Suite 519<br>Garden City, New York 11530<br>awhite@vk.law<br>jvagnini@vk.law<br>*Attorneys for Plaintiffs* | Adam S. Gross, Esq.<br>**JACKSON LEWIS P.C.**<br>2000 Town Center, Suite 1650<br>Southfield, Michigan 48075<br>allan.rubin@jacksonlewis.com<br>adam.gross@jacksonlewis.com<br>*Attorneys for Defendant* |

Doc ID: 1320ae5c74586adb2afcd21977cec5aaa928598e