**IN UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

MONIQUE KATZ and YEKATERINA
SKIDANENKO, individually and on behalf of all
others similarly situated,

|                          | Plaintiff, |
| :--- | :--- |
| v. | |
| EQUINOX HOLDINGS, INC., | |
|                          | Defendant. |

Case No.:

1:20-CV-09856 (DEH)(RWL)

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF CLASS AND FLSA COLLECTIVE ACTION SETTLEMENT, APPROVAL OF PAYMENT OF SERVICE AWARDS, ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in Plaintiffs' accompanying Memorandum of Law in Support of

Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of Class

and FLSA Collective Action Settlement, Approval of Payment of Service Awards, Attorneys' Fees

and Reimbursement of Expenses and attendant Exhibits, Plaintiffs respectfully request that the

Court enter an Order approving the Class and FLSA collective action settlement, payment of

service awards, attorneys' fees and reimbursement of expenses.

Dated:          June 20, 2025
                Garden City, New York

Respectfully submitted,

*/s/ Alexander M. White*
James A. Vagnini
jvagnini@vkvlawyers.com
Alexander M. White
awhite@vkvlawyers.com
**Valli Kane & Vagnini LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530

T: (516) 203-7180
F: (516) 706-0248

D. Maimon Kirschenbaum, Esq.
maimon@jk-llp.com
Denise A. Schulman, Esq.
denise@jk-llp.com
**Joseph & Kirschenbaum LLP**
32 Broadway, Suite 601
New York, New York 10004
T: (212) 688-5640
F: (212) 981-9587

Jacob Aronauer, Esq.
jaronauer@aronauerlaw.com
**Law Office of Jacob Aronauer**
225 Broadway, 3rd Floor
New York, New York10007
T: (212) 323-6980
F: (212) 233-9238
jaronauer@aronauerlaw.com

Mariya Gonor, Esq.
mgonor@norris-law.com
Kimberley A. Brunner, Esq.
kbrunner@norris-law.com
Norris McLaughlin, P.A.
7 Times Square, 21st Floor
New York, New York 10036
T: (212) 808-0700
F: (908) 722-0755

Matthew James Ross
mrossbeattielaw.com
**Beattie Padovano, LLC**
200 Market Street, Suite 401
Montvale, New Jersey 076545
T: (201) 799-9736
F: (201) 573-9736

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2025, a true and correct copy of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of Class and FLSA Collective Action Settlement, Approval of Payment of Service Awards, Attorneys' Fees and Reimbursement of Expenses and and all accompanying documents were served of all counsel of record via ECF.

Dated:      June 20, 2025
            Garden City, New York

                        _/s/ Alexander M. White_
                        Alexander M. White