# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MONIQUE KATZ and YEKATERINA SKIDANENKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUINOX HOLDINGS, INC.<br><br>Defendants. | Civ. No.: 20-cv-9856 (DEH)(RWL)<br><br>**DECLARATION OF ARRON WEISEL REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |

# DECLARATION OF ARRON WEISEL

I, **ARRON WEISEL**, declare the following facts to be true and correct, and if called as a witness, would testify competently to the same:

1. I am employed as a Project Manager by Simpluris, Inc. ("Simpluris"). My business address is 3194-C Airport Loop Drive, Costa Mesa, CA 92626. My telephone number is (714) 640-5644. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. The following statements are based on my personal knowledge and information provided by other Simpluris employees working with me.
2. Simpluris is serving in this matter as the Settlement Administrator in the above-styled action ("Action") for the purpose of administering the Class Action Settlement Agreement, preliminarily approved in the Court's Order dated December 3, 2024. I submit this Declaration in order to provide the Court and the Parties to this Action with information regarding the dissemination of the Class Notice ("Notice"), processed in accordance with the Court's Order, and regarding the lack of any objections or opt-outs received by the deadline established in the Court's Order
3. In this capacity, Simpluris was charged with (a) establishing and maintaining a related settlement fund account; (b) establishing and maintaining a calendar of administrative deadlines and responsibilities; (c) processing and mailing payments to the Plaintiffs, Class Counsel and Particpating Class Members; (d) printing and mailing the Notice, Claim Form, and Release to the Class Members; (e) receiving and validating Claim Forms submitted by Class Members (f) receiving and validating Requests for Exclusion, or Objections; (g) calculating Employer Payroll Taxes and providing appropriate forms and calculations to Defendant; (h) mailing settlement checks, and (i) other tasks as the Parties mutually agree or the Court orders Simpluris to perform.
4. Simpluris is a Class Action Settlement Administration company located in Costa Mesa, California. It was founded by individuals who have each managed hundreds of settlements, along with

professionals in the areas of Software Development, Third-Party Claims Administration, Mail-House Operations, and Call Center Support Management.

5. Each Class Member was sent, by first-class U.S. mail and emailed if an email address was available, a Settlement Notice, along with an individualized Claim Form.

6. On or about February 6, 2024, Equinox Holdings, Inc. ("EQX") provided Simpluris a List containing each Class Member's full names, last known mailing addresses, Social Security Numbers, email addresses, phone numbers and, start and end dates of employment.

7. Additionally, Class Counsel provided Simpluris with updated address information for some of the Settlement Class.

8. On March 14, 2025, Simpluris sent the Settlement Notices and Claim forms to each of the six thousand four hundred and forty-one (6,441) putative members of the Settlement Classes via mail.

9. On March 14, 2025, Simpluris sent the Settlement Notices and Claim forms to each of the five thousand five hundred and thirteen (5,513) putative members of the Settlement Classes for whom an email was provided.

10. On March 14, 2025, a text message was sent to the five thousand seven hundred and twenty-nine (5,729) putative members of the Settlement Classes for whom cell phone numbers had been provided to advise them about the Notice and Claim form.

11. On March 14, 2025, Simpluris made live a settlement-specific website at www.EQXOTLawsuit.com, which posted the Notice, Claim Form, the Settlement Agreement, and the Court's Preliminary Approval Order. The website provided Class Members with the opportunity to change addresses electronically, online, as well as to submit the Claim Form. As of the date of this declaration the settlement-specific website has had four thousand six hundred and thirty-one (4,631) unique visitors between March 14, 2025, and June 12, 2025.

12. On or about March 14, 2025, Simpluris established a settlement-specific toll-free telephone number (866) 675-2646 that Class Members could call to provide updated addresses, ask questions about the settlement and/or ask for a copy of the Notice or Claim Form,. As of the date of this declaration, Simpluris has received and responded to two hundred and twenty-two (222) calls to this number. Callers generally have inquired about the settlement or to provide a change of address.

13. On or about July 25, 2025, Simpluris will set up a Qualified Settlement Fund ("QSF) which shall be used to make payments pursuant to the Court's Orders in this Action.

14. A total of one thousand and seventeen (1,017) Notices were returned to Simpluris. Of these, none were returned with a forwarding address. If a Class Member's Notice was returned by the USPS as undeliverable and without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a current address. Through the use of advanced address searches and the NCOA (National Change of Address) database, Simpluris was able to locate eight hundred and eighty-six (886) updated addresses, and Simpluris promptly mailed a Notice to those updated addresses. Of the eight hundred and eighty-six (886) re-mailed Notices, forty-nine (49) were subsequently returned. No further address updates were found for these forty-nine (49) Class Members. Therefore, a total of forty-nine (49) Notices were deemed undeliverable and did not reach the intended recipients.

15. On May 14, 2025, Simpluris sent a reminder postcard to the five thousand and thirteen (5,013) putative members of the Settlement Classes who had not yet filed a fully completed Claim Form.

16. As of June 12, 2025, one thousand six hundred and nine (1,609) Claim Forms had been fully and timely received by Simpluris. When including the Opt-In Plaintiffs, there is a total of one thousand nine hundred and twenty-four (1,924) Participating Class Members. Between June 13, 2025, and

June 20, 2025, seven (7) untimely Claim Forms were submitted. The Parties have accepted these untimely Claim Forms bringing the total number of Participating Class Members to date to 1,931.

17. As of June 12, 2025, no Opt-In Plaintiffs returned requests for exclusion from the Settlement.
18. As of June 12, 2025, Simpluris did not receive any objections to the Settlement from the Participating Class Members.
19. As of the date of this declaration, Simpluris's administrative fees are approximately $50,586.00.
20. However, this Action involves a three-year payment plan. Therefore, Simpluris will be actively working on this Action for the next few years which while at times may not require a great deal of engagement, other times it will involve interacting with the Particpating Class Members, Class and Defense Counsel, the bank to address the QSF to ensure that payments are properly processed, addressing any late claims that may come in over the next few weeks and months in accordance with the Settlement Agreement and handling the required quarterly IRS and State tax reporting and/or payment requirements.
21. Therefore, Simpluris would ask that the Court approve fees to Simpluris up to and including, but not to exceed $100,000, which shall be paid from the QSF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of June, 2025, in Costa Mesa, California.

Arron Weisel

ARRON WEISEL